UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SOCHA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:14-CV-3170-FVS<br><br>ORDER FOR REMAND |

The parties filed a stipulated motion for remand. (**ECF No. 21**.) After consideration,

IT IS ORDERED that the **motion is granted**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) further consider Plaintiff's medically determinable impairments at steps 2 and 3 of the sequential evaluation process, including the nature, severity, and limiting effects of headaches and gallstones during the period at issue; (2) if warranted, obtain expert medical evidence; (3) further evaluate Plaintiff's credibility and the credibility of Lynda Bauer; (4) further evaluate Plaintiff's maximum residual functional capacity, with citations to evidence of record in support of the assessed limitations; (5) at step four, determine whether Plaintiff can still perform his past relevant work; and (6) if warranted, at step five obtain

ORDER - 1

supplemental vocational expert testimony. The ALJ will not disturb the finding of disability beginning August 10, 2012. The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, the matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g). Upon proper presentation, this Court will consider plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

    The District Court Executive is directed to file this Order and provide a copy to counsel for plaintiff and defendant. Judgment shall be entered for plaintiff and the file shall be **CLOSED**.

    DATED August 24, 2015.

                          *s/Fred Van Sickle*
                          Fred Van Sickle
                Senior United States District Judge

ORDER - 2